**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMYA RANDLE,<br><br>              Plaintiff,<br><br>      v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>              Defendant. | Case No. 1:26-cv-01896 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS AND LOCAL RULES<br><br>(Doc. 3) |

Plaintiff Kamya Randle, proceeding pro se, initiated this action with the filing of a complaint on March 9, 2026.  (Doc. 1.)  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

Because Plaintiff did not pay the $405 filing fee or file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, on March 11, 2026, the assigned magistrate judge ordered Plaintiff within 30 days from the date of service of the order (*e.g.*, by April 10, 2026) to either pay the $405 filing fee in full or submit a completed and signed application to proceed *in forma pauperis*.  (Doc. 2.)  Plaintiff was forewarned that "[a]ny failure … to timely comply with this Order will result in a recommendation that the action be dismissed without prejudice."  *Id.* at 2 (emphasis in original).

After the deadline passed and Plaintiff had not paid the filing fee or filed any application to proceed *in forma pauperis*, sought an extension, or otherwise explained the delinquency, on April 14, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for Plaintiff's failure to prosecute and to obey Court orders and the Local Rules.  (Doc. 3.)  Plaintiff was ordered to file any objections to the findings and

recommendations within 14 days after service thereof. (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 14, 2026 (Doc. 3) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute this case and to comply with court orders and the Local Rules.

3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

UNITED STATES DISTRICT JUDGE

2